**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

JUL 1 2 2007

Herman Brewington,         )
     Plaintiff,             )

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

                             )
v.                         )    Case: 1:07-cv-01255
                             )    Assigned To : Sullivan, Emmet G.
Federal Bureau of Prisons,     )    Assign. Date : 7/12/2007
     Defendants.           )    Description: FOIA/Privacy Act

<u>O R D E R</u>

Herman Brewington, a North Carolina inmate proceeding <u>pro se</u>, has filed a civil action,

pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. FOIA provides

> On complaint, the district court of the United States in the district in which the
> complainant resides, or has his principal place of business, or in which the agency
> records are situated, or in the District of Columbia, has jurisdiction to enjoin the
> agency from withholding agency records and to order the production of any agency
> records improperly withheld from the complainant.

<u>Id.</u> § 552(a)(4)(B). Because plaintiff is not housed in the Eastern District of Virginia, nor are the

agency records which he seeks, jurisdiction is improper in the Eastern District of Virginia. It appears

plaintiff is seeking judicial review of a determination by the United States Department of Justice.

Therefore, this action will be transferred to the United States District Court for the District of

Columbia. <u>See</u> Pl.'s Exs. S & X.

Accordingly, it is hereby

ORDERED that this action is TRANSFERRED to the United States District Court for the

District of Columbia. The Clerk of this Court is directed to transfer all pleadings filed in this

case and a copy of the docket sheet to the Clerk of the United States District Court for the

District of Columbia; and it is further

# 1
USDC

ORDERED that plaintiff direct all future pleadings in this case to the Clerk's Office for

the United States District Court for the District of Columbia, 333 Constitution Avenue, NW,

Washington, DC 20001.

The Clerk is directed to send of copy of this Order to plaintiff.


Entered this ____ day of __July_____ 2007.


                                        _____/s/_____
Alexandria, Virginia                    Gerald Bruce Lee
                                        United States District Judge


A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY_____
        DEPUTY CLERK

2

CLOSED

# U.S. District Court
## Eastern District of Virginia (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00621-GBL-TRJ

Brewington v. Federal Bureau of Prisons
Assigned to: District Judge Gerald Bruce Lee
Referred to: Magistrate Judge Thomas Rawles Jones, Jr
Cause: 05:552 Freedom of Information Act

Date Filed: 06/25/2007
Date Terminated: 07/09/2007
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Petitioner**

**Herman Brewington**                    represented by    **Herman Brewington**
                                                           PRO SE

V.

**Defendant**

**Federal Bureau Of Prisons**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2007 | 1 | MOTION To Seek Judicial Review in Accordance with 5 U.S.C. 552(A)(4)(B) by Herman Brewington. (Attachments: # 1 Cover Letter)(bhav, ) Additional attachment(s) added on 6/26/2007 (bhav, ). (Entered: 06/26/2007) |
| 07/09/2007 | 2 | ORDERED that this action is TRANSFERRED to the United States District Court for the District of Columbia; that pltf direct all future pleadings in this case to the Clerk's Office for the USDC for the District of Columbia. Signed by Judge Gerald Bruce Lee on 7/9/07. (bhav, ) (Entered: 07/10/2007) |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

ALEXANDRIA
NEWPORT NEWS
NORFOLK
RICHMOND

July 10, 2007

Clerk, United States District Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Re: 1:07cv621 Brewington v Federal Bureau of Prisons

Dear Sir or Madam:

Pursuant to an order of this Court, filed 7/9/07, and signed by the Honorable Gerald Bruce Lee, United States District Judge, the above entitled matter was transferred to your court.

The documents from our case file can be accessed on our website, https://ecf.vaed.uscourts.gov.   A certified copy of the docket entries is also enclosed.

A copy of this letter is enclosed for your convenience in acknowledging receipt.

Very truly yours,

FERNANDO GALINDO, CLERK

By: _____
                                    Deputy Clerk

RECEIVED BY: _____

DATE: _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAILROOM
JUN 1 9 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| HERMAN BREWINGTON PETITIONER PRO-SE<br><br>V<br><br>FEDERAL BUREAU OF PRISONS | MOTION TO SEEK JUDICIAL REVIEW IN ACCORDANCE WITH [5 U.S.C. §552(A)(4)(B) |

NOW COMES HERMAN BREWINGTON, PETITIONER PRO-SE RESPECTFULLY PETITIONING THIS HONORABLE COURT FOR JUDICIAL REVIEW IN ACCORDANCE WITH 5 U.S.C. §552(A)(4)(B)

PETITIONER RESPECTFULLY REQUEST THAT THIS MOTION BE GRANTED AND GIVES THIS HONORABLE COURT THE FOLLOWING REASONS;

## STATEMENT OF FACTS

1) PETITIONER WAS SENTENCED ON Oct. 12, 1979 FOR A CHARGE OF UNARMED BANK ROBBERY, CASE No. CR 79-61. AFTER ENTERING A PLEA OF GUILTY, PURSUANT TO TITLE 18 U.S.C. 5010 (B) UNTIL DISCHARGE BY THE FEDERAL YOUTH CORRECTION DIVISION OF THE BOARD OF PAROLE AS PROVIDED IN TITLE 18 U.S.C. 5017(C) IN THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION

RECEIVED
JUN 2 1 2007
STAFF ATTORNEY
RICHMOND, VA

2) ON JULY 25, 1980 PETITIONER FILED A TIMELY MOTION IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION FOR A REDUCTION OR MODIFICATION OF SENTENCE, CASE Number CR 79-61 WHICH WAS OVERRULED.

3) PETITIONER WAS PAROLED FROM THE FEDERAL YOUTH CORRECTION DIVISION ON DEC. 18, 1981 AND ON MARCH 10, 1982 PETITIONER'S PAROLE SUPERVISION WAS TRANSFERED FROM NORTH CAROLINA TO VIRGINIA.

4) PETITIONER WAS UNCONDITIONAL DISCHARGE ON OR ABOUT JUNE OF 1983 WITH A CERTIFICATE OF REHABILITATION.

5) THE FEDERAL BUREAU OF PRISONS, DO NOT HAVE ANY RECORDS ON PETITIONER HERMAN BREWINGTON.

6) THE FEDERAL BUREAU OF PRISONS, HADS GIVEN A DARRYL M. MCKINNON ALL PETITIONER HERMAN BREWINGTON IDENTITY, FEDERAL REGISTER NUMBER, DATE OF BIRTH, SOCIAL SECURITY NUMBER.

7) UNDER THE FREEDOM INFORMATION ACT, IT HAS TAKEN THE FEDERAL BUREAU OF PRISON TWO (2) YEARS, ~~WITH AN~~ ~~AFTER I APPEAL~~ TO TELL PETITIONER THEY ARE UNABLE TO LOCATE RESPONSIVE RECORDS IN ITS FILES. 2-16-05 TO 4-2-07

REASON WHY PETITIONER IS SEEKING JUDICIAL REVIEW, THE
SENTENCE IN THE CASE AT BAR IS NOW PRODUCING COLLETERAL
CONSEQUENCES IN A NORTH CAROLINA STATE CHARGE OF AN
UNCONSTITUTIONAL OR UNLAWFUL CONVICTION, BASE ON ERRORS
OF FACT WHICH IS, PETITIONER WAS PAROLED FROM THE FEDERAL
YOUTH CORRECTIONAL DIVISION ON DEC. 18, 1981 (SEE EXHIBIT-A)
AND WAS UNCONDITIONAL DISCHARED ON OR ABOUT JUNE 1983
WITH A CERTIFICATE OF REHABILITATION.

THE USE OF A FEDERAL CONVICTION WHICH HAS BEEN DISCHARE
AND SET ASIDE, PURSUANT TO FEDERAL STATUTES MAY NOT BE
USED BY A STATE TO AGGRAVATE A LATER PUNISHMENT.
U.S. CONST., ART. VI, CL.2; ROSE V. ARKANSAS STATE POLICE,
479 U.S. 1, 107 S. CT. 334, 93 L. ED 183 (1986). THE SUPERMACY
CLAUSE IN THE UNITED STATES CONSTITUTION INVALIDATES ALL
STATE LAW TO THE DEGREE THAT THEY CONFLICT OR INTERFERE
WITH AN ACT OF CONGRESS. 18 U.S.C. 5010 (B) AND 18 U.S.C.
5017 (C), PROVIDE THAT A CONVICTION UNDER THESE STATUTES
MAY BE SET ASIDE IF A DEFENDANT RECEIVES AN UNCONDITIONAL DISCHARG

THE STATE OF NORTH CAROLINA HAS USED THIS, PETITIONERS
FEDERAL PRIOR CONVICTION WHICH WAS GOVERNED BY THE
FEDERAL YOUTH CORRECTION ACT, CASE No. CR 79-61 TO
AGGRAVATE PETITIONERS STATE CONVICTION.

PETITIONER HAS REPEATEDLY REQUESTED UNDER THE FREEDOM OF INFORMATION ACT, THAT THE FEDERAL BUREAU OF PRISONS SEND TO PETITIONER A COPY OF HIS UNCONDITIONAL DISCHARE AND CERTIFICATE OF REHABILITATION WHICH WAS GOVERNED BY THE FEDERAL YOUTH CORRECTION ACT 18 U.S.C. 5010 (B) AND 18 U.S.C. 5017 (C).

PETITIONER DID RECIEVE PAROLE ON CASE NUMBER CR 7961 UNARMED BANK ROBBERY AND DID RECIEVE AN UNCONDITIONAL DISCHARE WITH A CERTIFICATE OF REHABILITATION ON OR ABOUT JUNE 1983. UNDER THE FEDERAL YOUTH CORRECTION ACT, UPON COMPLETION OF SENTENCE AND PAROLE, PETITIONER RECIEVES A CERTIFICATE OF REHABILITATION AND HIS RECORD IS CLEARED OR EXPUNGED.

PETITIONER HADS TRIED EVERYTHING TO OBTAIN THESE RECORDS FROM THE FEDERAL OF PRISONS, ALL THE RETURN LETTERS AND DOCUMENTS ARE ENCLOSE AS PART OF PETITIONER EXHIBITS. EXHIBITS ARE IN ORDER AND STARTS FROM (EXHIBIT A-X).

IN AN ORDER DENYING A SENTENCE REDUCTION FILED ON JULY 25, 1980, THE ORIGINAL SENTENCING JUDGE, THE HONORABLE DON J. YOUNG STATED THE ABOVE ALSO. (SEE EXHIBIT-C)

THE IMPACT HAS CAUSE A LONGER PRISON SENTENCE, BECAUSE THE YOUTH ACT SENTENCE WAS TO BE EXPUNDED AS A COURT ORDER AT THE END OF SENTENCE. BY GIVING ANOTHER PERSON ALL MY IDENTITY, MAKES IT VERY HARD TO HAVE ANYKIND OF PROOF TO WHO I AM IN THE FEDERAL BUREAU OF PRISONS. PETITIONER RECORDS & FILES ARE AT THE EASTERN DISTRICT OF VIRGINIA PROBATION & PAROLE OFFICE Ms. EVA MARIE WALL, BUT THE BUREAU OF PRISONS SAY THEY DON'T HAVE ONE ON ME. SIMPLY, THE FACT THAT THE CONDITION AND TREATMENT IS UNCONSTITUTION AND THERE'S NO EQUAL PROTECTION FOR MY CONSTITUTION CIVIL RIGHT TO BE A FREE AMERICAN IN THE UNITED STATES.

DISCRIMINATION AND NO EQUAL PROTECTION OF LIVING A FREE LIFE AFTER CONVICTION. WRONGFUL, REFUSAL TO AMEND MY RECORD, WRONGFUL DENIAL OF ACESS TO RELEASEABLE RECORDS AFTER A PROPER WRITTEN REQUEST AND APPEAL AND PHONE CALLS FROM PETITIONER FAMILY TO A Ms. BRONSON IN THE BUREAU OF PRISONS. THE AGENCY ACTED IN AN INTENTIONAL or WILLFUL MANNER AND SUCH ACTION HAS AN ADVERSE IMPACT ON PETITIONER, BECAUSE THE RECORD GOES TO ANOTHER PERSON AND PETITIONER HAVE AN ENHANCE PRISON SENTENCE, WITH NO IDENTITY IN THE BUREAU OF PRISON. PETITIONER MADE PAROLE (27) YEARS AGO, SO HOW LONG HADS THIS BEEN LIKE THIS, NO RECORDS, NOW THE IMPACT FOR A ENHANCE SENTENCE, WHEN SETENCE WAS TO BE SET ASIDE OR EXPUNGED.

PAROLE OFFICER MS. EVA M. WALL AT THE EASTERN DISTRICT OF VIRGINIA PROBATION OFFICE IN ALEXANDRIA, VA., SENT ME A COPY ~~OF PAPER~~ SAYING THAT MY PAROLE HAS BEEN VIOLATED FOR GETTING A NEW CHARGE IN FAIRFAX COUNTY VA. THAT WAS THE FIRST TIME I EVER HEARD ANYTHING ABOUT THAT OR A WARRANT BEING PUT OUT ON ME. PETITIONER DUE PROCESS RIGHTS, ~~BEC~~ BECAUSE PETITIONER NEVER HAD A HEARING OR WAS VIOLATED BY THE FEDERAL BUREAU OF PRISONS. NOT ONLY THAT, THE BUREAU OF PRISONS DON'T EVEN KNOW WHO I AM HERMAN BREWINGTON, THERE'S NO RECORD THERE ON ME SO HOW COULD THAT BE. ONCE PROBALE CAUSE HAS BEEN ESTABLISHED, IF THE PAROLEE DESIRES, THE PAROLE AUTHORITY MUST HOLD A REVOCATION HEARING WITHIN A REASON- ABLE TIME AFTER THE PAROLEE HAS BEEN TAKEN INTO CUSTODY. A "NEUTRAL AND DETACHED" BODY, SUCH AS THE PAROLE BOARD, MUST MAKE THE REVOCATION DECISION. THE BOARD IS REQUIRED TO MAKE A WRITTEN STATE OF THE EVIDENCE AND THE REASONS SUPPORTING REVOCATION OF PAROLEE, IT NEVER HAPPEN. PETITIONER GOT SENTENCE IN FAIRFAX COUNTY VA. ON DECEMBER 13, 1983; CRIMINAL NUMBER #40579 AND MADE PAROLE JAN 29, 1986. FAIRFAX COUNTY VA. DID A PRE-SENTENCE REPORT AND PETITIONER PAROLE OFFICER OUT OF NOFOLK VA., SAID PETITIONER ~~HAD~~ GOTTEN OFF PAROLE ON OR JUNE 1983, SO ~~HOW~~ COULD PETITIONER GET VIOLATED AND MAKE BOND IF PETITIONER HAD FINISH THE SENTENCE. (SEE EXHIBIT -(R)

## CONCLUSION

PETITIONER, NOW COMES BEFORE THIS HONORABLE COURT SEEKING JUDICIAL REVIEW, ASKING THAT THE HONORABLE COURT ORDER THE FEDERAL BUREAU OF PRISONS TO CORRECT THEIR MISTAKE AND PRODUCE A COPY OF PETITIONERS UNCONDITIONAL DISCHARE AND CERTIFICATE OF REHABILITATION.

PETITIONER, ASKS THE HONORABLE COURT TO ORDER THE FEDERAL BUREAU OF PRISONS TO CORRECT THE MISTAKE THEY HAVE MADE IN ISSUING PETITIONER FEDERAL REGISTER NUMBER 40278-060 AND PETITIONER DATE OF BIRTH AND SOCIAL SECURITY NUMBER TO A DARRYL M. MCKINNON.

BECAUSE THESE MISTAKES HAVE BEEN MADE CONCERNING PETITIONERS FEDERAL PRIOR YOUTH ACT CONVICTION, PETITIONER CANNOT PRODUCE A COPY OF HIS UNCONDITIONAL DISCHARGE AND CERTIFICATE OF REHABILITATION. WHICH SHOULD BE DOCUMENTED AND RECORDED IN THE FEDERAL BUREAU OF PRISONS, BUT HAS BEEN STATED THAT THEY HAVE NO RECORD OF. PETITIONER ALSO SHOWS THIS HONORABLE COURT THAT HE WAS ON PAROLE, (SEE EXHIBIT ) PETITIONER ALSO SHOWS THAT THIS DARRYL M. MCKINNON HAS HIS REGISTER NUMBER, DATE OF BIRTH AND SOCIAL SECURITY NUMBER, BASICALLY EVERYTHING THAT PETITIONER HAD ON RECORD WITH THE FEDERAL BUREAU OF PRISONS HAS BEEN GIVEN TO ANOTHER INDIVIDUAL WHO IS NOT THE PETITIONER.

PETITIONER NOW MOVES THIS HONORABLE COURT TO GRANT THIS JUDICIAL REVIEW AND ORDER THE FEDERAL BUREAU OF PRISONS TO CORRECT THEIR MISTAKES AND PRODUCE A COPY OF PETITIONER UNCONDITIONAL DICHARGE AND CERTIFICATE OF REHABILITATION.

RESPECTFULLY SUBMITTED THIS 6th DAY OF JUNE 2007

Herman Buuington
PETITIONER

8 OF

# CERTIFICATE OF SERVICE

I, HERMAN BREWINGTON, DO HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT A TRUE AND CORRECT COPY OF THE FORGOING, PETITION FOR JUDICIAL REVIEW, HAS BEEN SERVED ON THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION. BY PLACING SAME IN THE U.S. MAIL, POSTAGE PREPAID AND PROPERLY ADDRESSED.

RESPECTFULLY SUBMITTED THIS 6th DAY OF JUNE 2007

_Herman Brewington_
PETITIONER

U.S. Department of Justice

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _HERMAN BREWINGTON_

Citizenship Status [2] _BLACK_          Social Security Number [3] _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_

Current Address _P.O. BOX 939   VANCEBORO, N.C. 28586_

Date of Birth _JUNE 14, 1957_          Place of Birth _WILMINGTON, N.C._

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _Herman Brewington_          Date _JUNE 6, 2007_

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

FORM DOJ-361
SEPT 04

*Exhibit (A)*

|  |  |
|---|---|
| **DEFENDANT** 2 | HERMAN BREWINGTON |

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO/WESTERN DIVISION

**DOCKET NO.** ➤  CR79-61

## JUDGMENT AND PROBATION/COMMITMENT ORDER

AO 245 (Rev. 3/78)

**COUNSEL**

In the presence of the attorney for the government the defendant appeared in person on this date ➤

| MONTH | DAY | YEAR |
|-------|-----|------|
| 10 | 12 | 1979 |

[ ] WITHOUT COUNSEL    However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

[X] WITH COUNSEL   Charles Ide
(Name of counsel)

**PLEA**

[X] GUILTY, and the court being satisfied that there is a factual basis for the plea,    [ ] NOLO CONTENDERE,    [ ] NOT GUILTY

**FINDING & JUDGMENT**

There being a finding/verdict of { [ ] NOT GUILTY. Defendant is discharged
[X] GUILTY.

Defendant has been convicted as charged of the offense(s) of  unarmed bank robbery—violation of Title 18, Section 2113(a).

**SENTENCE OR PROBATION ORDER**

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for period of xxx

for treatment and supervision pursuant to 18 U.S.C.A. Sec. 5010(b) until discharged by the Federal Youth Correction Division of the Board of Parole as provided in 18 U.S.C.A. Sec. 5017(c).

**SPECIAL CONDITIONS OF PROBATION**

IT IS FURTHER ORDERED that defendant's bond be and hereby is exonerated.

FILED
1979 OCT 15 PM 1:
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT
TOLEDO, OHIO

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and any time during the probation period or within a maximum probation period of five years permitted by law, may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT**

The court orders commitment to the custody of the Attorney General and recommends,

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer.

*Exhibit (B)*

LEXSTAT 18 U.S.C. 5017

UNITED STATES CODE SERVICE
Copyright © 2004 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

*** CURRENT THROUGH P.L. 108-301, APPROVED 8/16/04 ***
*** EXCLUDING P.L. 108-293 ****

TITLE 18. CRIMES AND CRIMINAL PROCEDURE
PART IV. CORRECTION OF YOUTHFUL OFFENDERS
CHAPTER 402. FEDERAL YOUTH CORRECTIONS ACT [REPEALED]

**GO TO CODE ARCHIVE DIRECTORY FOR THIS JURISDICTION**

*18 USCS § 5017 (2004)*

§ 5017. Release of youth offenders [Repealed, but see other provisions note for continuation]

(a) The Commission may at any time after reasonable notice to the Director release conditionally under supervision a committed youth offender in accordance with the provisions of section 4206 of this title. When, in the judgment of the Director, a committed youth offender should be released conditionally under supervision he shall so report and recommend to the Commission.

(b) The Commission may discharge a committed youth offender unconditionally at the expiration of one year from the date of conditional release.

(c) A youth offender committed under section 5010(b) of this chapter shall be released conditionally under supervision on or before the expiration of four years from the date of his conviction and shall be discharged unconditionally on or before six years from the date of his conviction.

(d) A youth offender committed under section 5010(c) of this chapter shall be released conditionally under supervision not later than two years before the expiration of the term imposed by the court. He may be discharged unconditionally at the expiration of not less than one year from the date of his conditional release. He shall be discharged unconditionally on or before the expiration of the maximum sentence imposed, computed uninterruptedly from the date of conviction.

(e) Commutation of sentence authorized by any Act of Congress shall not be granted as a matter of right to committed youth offenders but only in accordance with rules prescribed by the Director with the approval of the Commission.

**HISTORY:** (Added Sept. 30, 1950, ch 1115, § 2, 64 Stat. 1088; March 15, 1976, P.L. 94-233, § § 7, 9, 90 Stat. 232.)

**HISTORY; ANCILLARY LAWS AND DIRECTIVES**
   This section (Acts Sept. 30, 1950, ch 1115, § 2, 64 Stat. 1088; March 15, 1976, P.L. 94-233, § § 7, 9, 90 Stat. 232) was repealed by Act Oct. 12, 1984, P.L. 98-473, Title II, Ch II, § 218(a)(8), 98 Stat. 2027, effective on the first day of the first calendar month beginning 36 months after enactment as provided by § 235(a)(1) of such Act, as amended, which appears as *18 USCS § 3551* note. For provisions as to the application of such repeal, see § 235 of such Act, which appears as *18 USCS § 3551* note.

Amendments:

FILED

1980 JUL 25  PM 3: 48

U.S. DISTRICT COURT
NORTHERN DISTRICT
TOLEDO, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

       Plaintiff

vs.

Herman Brewington,

       Defendant

Case No. CR 79-61

MEMORANDUM AND ORDER

YOUNG, J.:

    The defendant was, on October 12, 1979, sentenced to the custody of the Attorney General or his authorized representative for treatment and supervision pursuant to Title 18 U.S.C. §5010(b) until discharged by the Federal Youth Correction Division of the Board of Parole as provided in Title 18 U.S.C. §5017(c), as the result of a plea of guilty to a charge of unarmed bank robbery. He timely filed a motion for the reduction or modification of this sentence, stating that his past record was not serious, that his wife and children need him and are suffering by his absence, and that he can be a productive citizen.

    All of the matters recited in defendant's motion were considered by the Court before sentence was pronounced. Usually the wives and children of sentenced prisoners suffer as much as or more than the prisoner does from the imprisonment. There is no way that the Court can avoid or ease this suffering of the innocent.

    The sentence imposed upon the defendant was designed to give him the opportunity ultimately to clear his record of his felony conviction, and to build a law-abiding and productive life. It was clear, however, that for many reasons defendant needed to be confined until the Board of Parole determined that he had changed, and had gained the strength that would make it reasonably probable that he could keep out of trouble in the future.

    Sentences under the Youth Correction Act are not subject to reduction or modification in the manner and to the extent that ordinary criminal sentences are. It would be difficult, as a practical matter, to give defendant the relief he asks, even if the Court were inclined to do so. However, the defendant was involved in serious wrongdoing, and the sentence imposed involved elements of both punishment and deterrence, directly and by example. The Court sees no reason to change what seemed at the time, and still seems, to be an appropriate sentence.

    THEREFORE, for the reasons stated, good cause therefor appearing, it is

ORDERED that the motion of the defendant for modification of his sentence should be, and the same hereby is, OVERRULED.

IT IS SO ORDERED.

_____
Sr. United States District Judge

Toledo, Ohio.

*order Mailed to Brewington 8-14-80*

*Exhibit (D)*

P.O. Box 33
Terre Haute, Indiana, 47808

August 2, 1980

The Honorable Don J. Young
U.S. District Court
Northern District of Ohio
1716 Spielbusch Avenue
Toledo, Ohio, 43624                    Re: CR 79-61

Dear Sir:

    I am writing you this letter to inquire as to the status of my
Rule 35 Motion, which was submitted to the Court on January 31, 1980,
by my attorney.

    I have been incarcerated at the Terre Haute Farm Camp since Oc-
tober, 1979; and since that time, I have made good institutional ad-
justment. I have received no conduct reports; and I have partici-
pated in various educational programs such as Small Engine Repairs,
Welding, Transactional Analysis, Farm Machinery Repairs, Human Re-
lations, Macro-economics, and Data Processing. I am also an active
member of the Yolkfellow group, a religious fellowship group com-
prised of both inmates and nearby townspeople who worship together
both on and off the camp. I have participated in these activities
because I consider them to be helpful in my quest to become a more
productive and responsible part of the community upon my release
from incarceration.

    I hope that you will consider very carefully the foregoing
information in making your decision concerning the Motion.

    Your prompt reply to this matter would be very much appreci-
ated.

                    Respectfully submitted,

                    *Herman Brewington*
                    Mr. Herman Brewington
                    Reg. #40278-060

**UNITED STATES DISTRICT COURT**

JAMES S. GALLAS, CLERK

NORTHERN DISTRICT OF OHIO

OFFICE OF THE CLERK

EASTERN DIVISION
U. S. COURT HOUSE
CLEVELAND, OHIO 44114

POST OFFICE BUILDING
YOUNGSTOWN, OHIO 44501

U. S. COURT HOUSE
AKRON, OHIO 44308

WESTERN DIVISION
U. S. COURT HOUSE
TOLEDO, OHIO 43624

*Exhibit
(E)*

September 11, 1980

Herman Brewington
P. O. Box 33
Terre Haute, Indiana   47808

RE:  CR79-61

Mr. Brewington:

   This is in response to your letter dated August 24,
1980.
   Enclosed you will find a copy of the Information that
initiated your criminal case.
   The Plea Bargain Agreement is not put into a written
document.  As to your transcript, that would consist of
your courtroom proceedings, the Courtroom Reporter advises
me that the cost would be <u>approximately</u> $25.00.

                        Very truly yours,
                        James S. Gallas, Clerk


                        M. B. Lewis, Deputy Clerk

*Exhibit (F)*

P.O. Box 1000
Petersburg Va. 23803
October 27, 1980

RE: Herman Brewington
REG. #40278-060
Case #CR79-61

The Honorable Judge Don J. Young
U.S. District Court
Northern District Of Ohio
1716 Spielbusch Avenue
Toledo, Ohio.

Dear Judge Young:

I am requesting that you recommend me for a work release Program, available to Federal prisoners.

It is essential that applicants for this program seek and receive advance written notice that the sentencing Judge does not object to this particular type of programming for the prisoner. If you have no objections I humbly request that you foward a response to Mr. Jack Yancey caseworker. P.O. Box 1000 Petersburg Va. I would also ask that you send me a copy of the same.

Judge Young I am presently serving my sentence in a honor camp in Petersburg Va. I have an above average prison record, and have participated in many educational programs, such as engine repair, welding, pest control, data processing and ECT. I feel that I could find employment immediately, because I am willing to do anything legal to help provide for my family.

Your prompt and favorable reply to this matter would be very much appreciated.

Sincerely Yours

Herman Brewington
*Herman Brewington*

ole Form H-8
v. Oct. 1978)

*Exhibit (G)*



# The United States Parole Commission

## Washington, D.C. 20537

# Certificate of Parole

### Know all Men by these Presents:

It having been made to appear to the United States Parole Commission that **HERMAN BREWINGTON,** , Register No. **40278-050** , a prisoner in the **VOLUNTEERS OF AMERICA, PORTSMOUTH, VIRGINIA**

is eligible to be PAROLED, and in that he has substantially observed the rules of the institution, and in the opinion of the Commission his release would not depreciate the seriousness of this offense or promote disrespect for the law, and would not jeopardize the public welfare, it is ORDERED by the said United States Parole Commission that he be PAROLED on **DECEMBER 18TH**, 19 **81** ,

and that he remain within the limits of **EASTERN DISTRICT OF NORTH CAROLINA** until **OCTOBER 10TH** , 19 **85** ;

Given under the hands and the seal of the United States Parole Commission this **23RD** day of **NOVEMBER** , nineteen hundred and **EIGHTY-ONE**

UNITED STATES PAROLE COMMISSION,

By _____

**JACK SCHNEIDER, CASE ANALYST**

[SEAL]

Adviser (if any) _____

Probation Officer **ROBERT E. SCALF, CUSPO, RALEIGH, NORTH CAROLINA**

This CERTIFICATE OF PAROLE will become effective on the date of release shown on the reverse side. If the parolee fails to comply with any of the conditions listed on the reverse side, he may be summoned to a hearing or retaken on a warrant issued by a Member of the Parole Commission, and reimprisoned pending a hearing to determine if the parole should be revoked.

Disclosure of any reasonably necessary information concerning the release may be authorized by the Commission to prevent possible harm or loss of personal property to any person or persons with whom the releasee may come in contact.

PROBATION OFFICES COPY

*Exhibit (H)*

U.S. Department of Justice

Federal Bureau of Investigation

---

To.  **Attention:  Mr. Paul E. Cox**
     **Special Agent**
     **Federal Bureau of Investigation**
     **Suite 2**
     **2250 Shipyard Boulevard**
     **Wilmington, North Carolina   28403**

Clarksburg, West Virginia 26306

Date   **February 6, 2002**

Your inquiry   **February 5, 2002**

RE.   **HERMAN ELLIS BREWINGTON**
      **FBI Number 792 837 R7**

☒  Attached furnished in reply to your inquiry.

☐  Only record(s) available attached.

☐  This matter is receiving attention and you will be advised at an early date.

☐  The attached records are furnished since there is a possibility that one may pertain to the subject in whom you are interested.

☐  Fingerprint files fail to disclose:

☐  Confirming FBI FAX/telephone call of:

☐  Your communication is returned.

☒  As information, most court authorities take judicial notice of the FBI identification record and/or copy of fingerprint card as maintained by the FBI Criminal Justice Information Services Division, as a valid criminal history of the record subject without requiring a certification.  All arrest entries on the record are supported by the subject's fingerprints and verified by fingerprint comparison.  Certifications of the convictions relating to these entries should be obtained from the court where the individual was tried.

☐  We are unable to obtain a copy of the requested fingerprint card at this time.  If desired, you may resubmit your request in 3 to 6 months.  An alternative solution may be to contact the arresting agency or your State Bureau (whichever is applicable) for a copy.

☐

☒ Enc.   **(2)**

☐ Copy to:

FBI Criminal Justice Information Services Division





FEDERAL BUREAU OF INVESTIGATION UNITED STATES DEPARTMENT OF JUSTICE
WASHINGTON, D.C. 20537

SEP 20 1979

273  OCT 1 9 1979

T/8 USC 2113 (a)(d) section 2

Leroy Towing, Toledo, Ohio

Car Washer

940 Lincoln
Toledo, Ohio

Scar on back of right hand

carry a gun - sell drugs

8/9/79

Carry Powder - Carry a gun

scar on top of leg

JUL 29 1985

Exhibit
(I)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**UNITED STATES PROBATION OFFICE**

**JOHN R. LONG**
CHIEF U.S. PROBATION OFFICER

401 Courthouse Square
Alexandria 22314-5797
703-299-2300

August 19, 2004

Suite 1
310-B Charles Dimmock Parkway
Colonial Heights 23834
804-504-7520

Suite 217
100 Riverside Parkway
Fredericksburg 22408
540-361-1600

Suite 100
10500 Battleview Parkway
Manassas 20109
703-366-2100

Suite 300
1001 Omni Boulevard
Newport News 23606
757-223-4640

Suite 200, U.S. Courthouse
600 Granby Street
Norfolk 23510
757-222-7300

Room 205, U.S. Courthouse Annex
1100 East Main Street
Richmond 23219
804-916-2500

REPLY TO: <u>Alexandria</u>

Inmate Herman Brewington
#0790624
Odom Correctional Institution
485 Odom Prison Rd.
Jackson, NC 27845

Dear Mr. Brewington:

I have gone through your file, and have sent you related
information on two separate occasions. We **do not** have the
information you are seeking. I suggest you contact the U.S. Parole
Commission.

Sincerely,

Eva Marie Wall
U.S. Probation Officer



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

Exhibit (J)

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

February 8, 2005

Mr. Herman Brewington
Reg. No. 40278-060
485 Odom Prison Road
Jackson, NC 27845

Dear Mr. Brewington:

We are unable to provide you with the information you requested for the following reason:

We have no active parole file on you.

You may wish to contact the Bureau of Prisons for the requested information at the address below.

Bureau of Prisons
320 First Street, N.W.
HOLC Building, Room 738
Washington, D.C. 20534
Attn: Administrator for FOIA

Sincerely,

Tiffanie C. Matheny
FOIA/PA Coordinator

TCM



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

Exhibit (K)

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

February 9, 2005

Herman Brewington #0790624
485 Odom Prison Road
Jackson, NC 27845

Dear Mr. Brewington:

The U.S. Parole Commission has no jurisdiction over inmates serving Federal or D.C. Code "new law" non-paroleable sentences or state sentences.

We are unable to identify you in the U.S. Parole Commission's system or the Bureau of Prisons system. The Register Number, Social Security Number and Birth date you supplied is linked to another name. You may wish to check with Court Services for the Norfolk VA district in which you were released.

Further correspondence on this matter will be returned without a reply.

Sincerely,

Janice C. Bradford
Correspondence Specialist

JCB

Exhibit (L)

# UNITED STATES DISTRICT COURT
### Eastern District of Virginia
Office of the Clerk
600 Granby Street
Norfolk, Virginia 23510
www.vaed.uscourts.gov

Elizabeth H. Paret
Clerk of Court

Telephone: (757) 222-7204
Facsimile: (757) 222-7229

March 2, 2005

Herman Brewington
#0790624
485 Odom Prison Rd.
Jackson, NC 27845

Mr.Brewington,

I am responding to your Motion To Order Production of Documents received in our office on February 22, 2005.  Due to your parole never being officially transferred to this District, you should address any motions or questions to the District in which your charges were initiated.

Sincerely,

P. Thompson,
Deputy Clerk

RECEIVED          05. 04395    R
                                C ND
APR 0 4 2005    Exhibit (M)-1

FOIA/PA SECTION
FEDERAL BUREAU OF PRISON          # 0790624        HERMAN BREWINGTON
                                                   485 Odom Prison Rd.
                                                   JACKSON, N.C. 27845
                                                   3-23-05

RE: Copy of Parole Discharge _Early_ → unconditional discharge
Federal Number # 40278-060
Youth Correction Act

Dear Ms. Bronson,
                    I had my Aunt call you
About this matter, (Copy of Parole Discharge) so I Am
sending All the information I have. Hoping we
can find the problem or the paper I need. I
filed A Freedom of Information Act with the
Bureau of Prison, dated 2-16-05 and As of
today I haven't Receive An Answer. Enclose
Are copies of my Parole, Commitment Order
And my files Are at the United States District
Court, Eastern District of Virginia Probation Office.
Ms. Eva Marie Wall, but there isn't Anything
showing my Release off or discharge from Parole.
I Requested this information And she told us,
All was in my File is showing I make
Parole. Your kind And Prompt Consideration will
be greatly Appreciated by both my Family And I.
                                        Respectfully
                                        Herman Brewington

_EXHIBIT (M)-2_          # 0790624   HERMAN BREWINGTON
485 Odom Prison Rd.
Jackson, N.C. 27845
2-16-05

Administrator for FOIA
Bureau of Prisons
320 First Street, N.W.          Youth Correction Act
HOLC Building, Room #738         Federal Number: 40273-060
Washington, D.C. 20534

Dear Sir or Madam;

RE: Freedom of Information Request

Pursuant to the Freedom of Information Act, 5 U.S.C. 8552
and/or the Privacy Act, 5 U.S.C. 8552a,] I hereby request
A copy of my Parole Release or Discharge
I am requesting these Records for Personal Use

I will expect a Response within 20 working days as provided
by Law. If my Request is denied in whole or in part, I expect a
detailed Justification for withholding the Record. I also Request any
segregable portions that are not exempt to be disclosed.

Thank you for your prompt attention to this matter.

Very truly yours,

_Herman Brewington_
HERMAN BREWINGTON

*Exhibit (N)*

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

Request Number: <u>05-2532</u>          Date of Receipt: <u>08-16-05</u>

Requester: <u>Herman Brewington</u>

Subject: <u>Self</u>

Dear Requester:

      In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1.   [   ]   A search for records located in this office has revealed no records.

2.   [ X ]   A search for records located in the United States Attorney's Office(s) for the <u>Northern District of Ohio</u> has revealed no responsive records.

3.   [   ]   The records which you have requested cannot be located.

4.   [   ]   This office is continuing its work on the other subject/districts mentioned in your request.

5.   [ X ]   This is the final action my office will take on this particular request.

      You may appeal my decision in this matter by writing within sixty (60) days from the date of this letter, to:

Office of Information and Privacy<br>
United States Department of Justice<br>
Flag Building, Suite 570<br>
Washington, D.C. 20530

      Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

      After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records, if any, are located; or in the District of Columbia.

                    Sincerely,

                    Marie A. O'Rourke
                    Assistant Director

Form No. 005 - 11/02

*Exhibit (0)*



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
Mid - Atlantic Region

Butner Legal Center
P.O. Box 1500
Butner, North Carolina 27509

August 9, 2005

Herman Brewington
P.O. Box 839
Vanceboro, North Carolina 28586

Re: FOIA Request 2005-07045

Dear Mr. Brewington:

This is in response to your letter received on July 15, 2005, requesting copies of Federal Bureau of Prisons records. Specifically, you requested a copy of your parole release or discharge certificate.

A search of Bureau of Prisons records was completed and there were no records pertaining to Herman Brewington. Therefore, no documents were located responsive to your specific request.

Pursuant to Title 28, Code of Federal Regulations, Section 16.9, this determination may be appealed to the Attorney General by filing a written appeal within sixty days of the receipt of this letter. The appeal should be addressed to the Office of Information and Privacy, U.S. Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530. Both the envelope and the letter of appeal itself must be clearly marked: "Freedom of Information Act Appeal."

Sincerely,

Richard W. Schott
Regional Counsel



Exhibit (P)

**U.S. Department of Justice**

National Institute of Corrections

_Washington, DC 20534_

September 7, 2005

Herman Brewington #0790624
Craven Correctional Institution
P.O. Box 839
Vanceboro, NC 28586

Dear Mr. Brewington:

Your letter to the Bureau of Prisons was referred to my office for response.

The Federal Bureau of Prisons (BOP) has no jurisdiction over state or local correctional facilities. It does not provide services directly to state or local inmates, conduct investigations nor does it have any statutory authority to regulate operations within state or local facilities. We do not have access to the information you are requesting.

Sincerely,

Rita Rippetoe
Administrative Officer



*Exhibit ( 4 )*

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*
SEP 2 3 2005

Mr. Herman Brewington
No. 0790624
P.O. Box 839
Vanceboro, NC 28586

    Re: Request No. 2005-07045

Dear Mr. Brewington:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Prisons on your request for information from the files of the Department of Justice was received by this Office on September 19, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2811**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

            Sincerely,

            Priscilla Jones
            Chief, Administrative Staff

*Exhibit (R)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**UNITED STATES PROBATION OFFICE**

**JOHN R. LONG**
**CHIEF U.S. PROBATION OFFICER**

401 Courthouse Square
Alexandria 22314-5797
703-299-2300

October 5, 2005

**REPLY TO:** Third Floor
U.S. District Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

Inmate Herman Brewington
#0790624
P.O. Box 839
Vanceboro, NC 28586

Dear Mr. Brewington:

As stated in my four previous letters to you, the information you requested is not in your file.

Our records indicate that on September 14, 1979, you plead guilty to Unarmed Bank Robbery in the Northern District of Ohio. On October 12, 1979, you were sentenced to the Youth Corrections Act, and committed to the custody of the Attorney General for treatment and supervision until discharged by Federal Youth Correction Division Board of Parole. You were paroled to the Eastern District of North Carolina on December 18, 1981. On Mach 10, 1982 your supervision was transferred to the Eastern District of Virginia, Norfolk Division. On September 2, 1983, your supervision was transferred to the Eastern District of Virginia, Alexandria Division.

A parole violation warrant was issued due to new charges you received in Fairfax County, Virginia. However, on October 10, 1985, the warrant was withdrawn because your term of supervision expired. According to our records, you **did** have problems while on supervision with this office. We simply do not have unconditional discharge paperwork related to your case and I have previously sent you copies of documents related to this matter.

Sincerely,

Eva Marie Wall
U.S. Probation Officer

cc: Patricia Vines, Case Analyst
    U.S. Parole Commission



*Exhibit (5)*

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR 1 1 2006

Mr. Herman Brewington                    Re:    Appeal No. 06-0778
NC DOC No. 0790624                              Request No. 05-2532
Post Office Box 839                             BVE:ALB:DJS
Vanceboro, NC 28586

Dear Mr. Brewington:

        You appealed from the action of the Executive Office for United States Attorneys on your request for access to records concerning your sentencing under the Federal Youth Correctional Act.

        After carefully considering your appeal, I have decided to affirm the EOUSA's action on your request. The EOUSA informed you that it was unable to locate responsive records in its files maintained by the United States Attorneys Office for the Northern District of Ohio. It has been determined that the EOUSA's response is correct.

        The EOUSA has informed a member of my staff that the records that you seek likely were destroyed according to federal regulation and Departmental records retention schedules. <u>See</u> 44 U.S.C. § 3302 (2000) and 36 C.F.R. § 1228 (2005).

        If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

*CIVIL & CRIMINAL*

                                        Sincerely,

                                        Daniel J. Metcalfe
                                        Director

                                        Janice G. McLeod
                                        Senior Counsel

Exhibit (T)



# UNITED STATES PROBATION OFFICE

**EASTERN DISTRICT OF NORTH CAROLINA**

Robert G. Singleton
Chief U.S. Probation Officer

REPLY TO:310 New Bern Ave., Room 610
Raleigh, NC 27601-1441
(919) 861-8669
Fax: (919) 861-8818

**DATE:**    September 1, 2006

**FROM:**    Joe M. Neely
Supervising U.S. Probation Officer

**SUBJECT:**    Parole Status

**TO:**    Herman Brewington

Your letter was forwarded to our Raleigh office by the Durham office. Please be advised that archived files older than 20 years have been destroyed. I contacted the U. S. Parole Commission but for whatever reason, they could not locate your name using the register number 40278-060, which is the same number we have on your old card here in Raleigh. It was actually registered to someone else.

Our old cards reflect that you were paroled on December 18, 1981 and your parole supervision was transferred from the Eastern District of North Carolina to the Eastern District of Virginia on March 10, 1982. Our cards do not reflect a discharge date. Hopefully, the ED/VA has some old information on you. I am forwarding today your letter and additional information to the Richmond office.

cc: US Probation Office
    Richmond

*Exhibit (U)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**UNITED STATES PROBATION OFFICE**

**STEVE E. WHISENANT**
CHIEF U.S. PROBATION OFFICER

Room 205, U.S. Courthouse Annex
1100 East Main Street
Richmond 23219-3525
804-916-2500

September 11, 2006

**REPLY TO:** Third Floor
U.S. District Courthouse
401 Courthouse Square
Alexandria, Virginia 22314
703-299-2300

Mr. Herman Brewington
Inmate #0790624
P.O. Box 839
Vanceboro, NC 28586

Dear Mr. Brewington:

Attached is a copy of the last letter sent to you regarding this matter. As previously stated, we simply do not possess the information you request.

Sincerely,

Eva Marie Wall
U.S. Probation Officer

*Exhibit (V)*

# UNITED STATES PROBATION OFFICE

EASTERN DISTRICT OF NORTH CAROLINA

**Robert G. Singleton**
**Chief U.S. Probation Officer**

REPLY TO:310 New Bern Ave., Room 610
Raleigh, NC 27601-1441
(919) 861-8669
Fax: (919) 861-8818

**DATE:**    September 13, 2006

**FROM:**    Joe M. Neely
            Supervising U.S. Probation Officer

**SUBJECT:**    Parole Status

**TO:**    Herman Brewington

I received your most recent letter today. Through the resources I've reviewed and contacted today, the register number, 40278-060, the date of birth and SS number are all registered to a Darryl M. McKinnon. However, we do have an old card here with your name with the same information. Whether this was an alias or whatever, I do not know. This is all that I can tell you as I know of no additional information. Perhaps this name is familiar to you.

*Exhibit (W)*

**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                              *Washington, D.C. 20530*

**OCT - 5 2006**

Mr. Herman Brewington
No. 0790624
Craven Correctional Institution
Post Office Box 839
Vanceboro, NC  28586

Re:  Appeal No. 05-2811

Dear Mr. Brewington:

This responds to your letter dated August 30, 2006, regarding the status of your administrative appeal from the action of the Federal Bureau of Prisons.

Your appeal is still within our current backlog and has not yet been assigned to an attorney of this Office for processing.  Upon receipt of the requested information from BOP, your appeal will be assigned to a staff member of this Office, and completed as quickly as practicable.  Due to the large number of appeals received by this Office and the individual review of each, it is very difficult to predict accurately when a determination will be reached on your appeal.  However, based on the average review times, we anticipate that the delay will extend for several weeks.

I hope this information is of assistance to you, and again, request your continued patience.

Sincerely,

Priscilla Jones
Chief, Administrative Staff

PAJ:CIH



*Exhibit (X)*

**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

APR - 2 2007

Mr. Herman Brewington
DOC No. 0790624
Craven Correctional Institution               Re:    Appeal No. 05-2811
Post Office Box 839                                   Request No. 2005-07045
Vanceboro, NC 28586                                  JTR:SRO

Dear Mr. Brewington:

　　　You appealed from the action of the Mid-Atlantic Regional Office of the Federal Bureau
of Prisons (BOP) on your request for access to certain parole records pertaining to yourself.

　　　After carefully considering your appeal, I am affirming BOP's action on your request.
BOP informed you that it could locate no records responsive to your request in its files.
Subsequent to your appeal, BOP conducted a further search and located no responsive records. I
have determined that BOP's response was correct and that it conducted an adequate, reasonable
search for records responsive to your request.

　　　If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

                              Sincerely,

                              Janice Galli McLeod
                              Associate Director

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

*I-1225 EGS*

## I (a) PLAINTIFFS

HERMAN BREWINGTON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 55555
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

BOP

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

#40278-060
POB 33
Terre Haute, Ind. 47808

Case: 1:07-cv-01255
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/12/2007
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☑ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZE

FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☑ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☒ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

*USDC EDVA*

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
*5 USC 552 - F.O.I.A.*

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $**  Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

**DATE** 7/13/07  **SIGNATURE OF ATTORNEY OF RECORD** *NCI*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd