UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
HAROLD BREWINGTON,                  )
                                    )
            Plaintiff,              )
                                    ) Civil Action No. 07-1255  (EGS)
        v.                          )
                                    )
FEDERAL BUREAU OF PRISONS,          )
                                    )
            Defendant.              )
_____)

### ORDER

The above captioned case has been assigned to Judge Emmet G. Sullivan for resolution.  Plaintiff, however, has not paid the required $350 filing fee or applied to proceed in forma pauperis as required by law.  See 28 U.S.C. §§ 1914, 1915.  Accordingly, it is by the Court hereby

**ORDERED** that plaintiff is directed to either pay the required filing fee to the Clerk of the Court or complete the application to proceed in forma pauperis included with this order; and it is further

**ORDERED** that plaintiff's filing fee or application is due no later than **November 15, 2007.**

   **SO ORDERED.**


Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **October 3, 2007**