**CLERK'S OFFICE**
**ED STATES DISTRICT COURT**
**HE DISTRICT OF COLUMBIA**
  **U.S. COURTHOUSE**
**CONSTITUTION AVENUE, N.W.**
**/ASHINGTON, DC 20001**

**OFFICIAL BUSINESS**





Received
Mail Room

JUL 23 2007

N... ...ger Whittington, Cl...
U.S. District Court, District of Col....

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERMAN BREWINGTON

v.   Civil Action No. 07 1255

BUREAU OF PRISONS

JUL 12 2007

The above entitled action, transferred from the U.S. District Court for the EASTERN DISTRICT OF VIRGINIA, has been received and filed. It was assigned to Judge SULLIVAN, J. EGS. Any subsequent pleadings filed must contain both our civil action number and the initials of the judge assigned this action.

To assist the Clerk's Office in properly recording all counsel of record and to ensure that each counsel entered is authorized to practice before this Court pursuant to Local Civil Rule 83.8, counsel for all parties must enter their appearance in accordance with our Local Civil Rule 83.6. Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc:   Bureau of Prisons

*Denotes attorney not a member of the bar of the U.S. District Court for the District of Columbia