## Other Orders/Judgments

1:07-cv-01255-EGS BREWINGTON v. FEDERAL BUREAU OF PRISONS
PROSE-PR, TYPE-I

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/3/2007 at 1:22 PM and filed on 10/3/2007
**Case Name:**        BREWINGTON v. FEDERAL BUREAU OF PRISONS
**Case Number:**      1:07-cv-1255
**Filer:**
**Document Number:** 2

**Docket Text:**
ORDER directing plaintiff to either pay the required filing fee to the Clerk of the Court or complete the application to proceed in forma pauperis that is included in the mailing to the plaintiff.. Signed by Judge Emmet G. Sullivan on 10/3/07. (clv, )


**1:07-cv-1255 Notice has been electronically mailed to:**

**1:07-cv-1255 Notice will be delivered by other means to::**

HAROLD BREWINGTON
R 40278-060
485 Odom Prison Road
Jackson, NC 27845

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan Repository\Votteler\07-1255.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/3/2007] [FileNumber=1570820]
[05ae80d1756eca652fcd911c978c3607c302dd7d2fc642205f2705bf9a2374506ec528419df2d405fbf63978e26c43dd638daea4412d118331bcf6f0029f6]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAROLD BREWINGTON,<br><br>             Plaintiff,<br><br>       v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>             Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 07-1255  (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The above captioned case has been assigned to Judge Emmet G. Sullivan for resolution.  Plaintiff, however, has not paid the required $350 filing fee or applied to proceed in forma pauperis as required by law.  See 28 U.S.C. §§ 1914, 1915.  Accordingly, it is by the Court hereby

**ORDERED** that plaintiff is directed to either pay the required filing fee to the Clerk of the Court or complete the application to proceed in forma pauperis included with this order; and it is further

**ORDERED** that plaintiff's filing fee or application is due no later than **November 15, 2007**.

SO ORDERED.


Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **October 3, 2007**

Rev. 4/06
PR

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## INSTRUCTIONS TO PRISONER LITIGANTS REGARDING THE FILING OF A CIVIL COMPLAINT AND APPLICATION TO PROCEED IN FORMA PAUPERIS

Listed below, you will find very important information relating to the preparation of a civil complaint for filing in this Court. **Please read the instructions carefully.** The filing fee for a civil action is $350.00. Pursuant to the amendments to 28 U.S.C. § 1915, a prisoner must pay the full filing fee when bringing a civil action. If, however, insufficient funds exist in the prisoner's account, the court must assess a partial filing fee. Thereafter, the prisoner is required to make monthly payments of the preceding month's income. The agency having custody of the prisoner must forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10.00, until the filing fee is paid.

You may request permission from the court to proceed in forma pauperis, following the assessment of the initial filing fee, by completing the enclosed Application to Proceed without Prepayment of Fees and Affidavit.

- The name of this Court must be written at the top of the first page of your complaint. (Sample format attached).

- Your **name**, **address** and **prisoner identification number** must appear in the caption. All defendants **must** be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant. Please provide the address of each named defendant.

- The word **COMPLAINT** must appear under the caption. Clearly set out your grievance in the body of the complaint, name those against whom you have a grievance, and what you would like the Court to do to correct the situation.

- Your complaint must be **legibly** handwritten or typed on white, letter-size (8 1/2 x 11 inch) paper. Write only on the front of each page. Your complaint **must** be double-spaced. If you are requesting a jury trial, the jury demand must be stated in your complaint. You **must** originally sign your complaint in ink.

- A Petition for Writ of Habeas Corpus or a complaint under 42 U.S.C. § 1983, submitted by anyone incarcerated in a District of Columbia facility, **must** be on Court approved forms. The filing fee for a habeas corpus petition is $5.00.

- You **must** file the originally signed complaint, as well as the originally signed Application to Proceed without Prepayment of Fees. In addition, you are required to file a Consent to Collection of Fees from Trust Account form, Prisoner Trust Account Report, and a six-month certified copy of your prison trust account statement.

- Preparation of the summons will be the responsibility of the Clerk's Office. If you are granted your request to proceed in forma pauperis, your summons and complaints will be served by the U.S. Marshal, when the Judge so directs.

- Please mail your complaint and all other appropriate documents to: U.S. District Court Clerk's Office, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001.

NANCY MAYER-WHITTINGTON, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# DO NOT WRITE ON SAMPLE FORM

YOUR NAME
YOUR FACILITY ADDRESS
CITY, STATE & ZIP CODE
YOUR PRISONER IDENTIFICATION NO.

VS.                                             CIVIL ACTION NO. (To be filled in by Clerk)

DEFENDANT(S) NAME(S)
THEIR ADDRESS
CITY, STATE & ZIP CODE

### COMPLAINT

**DO NOT WRITE ON SAMPLE FORM**

SET FORTH THE FACTS OF YOUR CASE.

<u>ON THE LAST PAGE OF YOUR COMPLAINT</u>, SPELL OUT THE RELIEF YOU ARE REQUESTING FROM THIS COURT.

IF YOU ARE ASKING FOR A TRIAL BY JURY, YOU MUST STATE THIS IN YOUR COMPLAINT.

IF YOU ARE REQUESTING A SPECIFIC AMOUNT OF MONEY, STATE THIS IN YOUR COMPLAINT.

                                                              ORIGINAL SIGNATURE (IN PEN)

                                                              YOUR NAME
                                                              YOUR FACILITY ADDRESS
                                                              CITY, STATE & ZIP CODE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT


Re: _____v. _____

Civil Action No. _____


I,_____#_____, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.


_____
Signature of Plaintiff


n:\forms\Trust Account Form

✎AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of   COLUMBIA

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment        ☐ Yes   ☐ No
    b. Rent payments, interest or dividends                 ☐ Yes   ☐ No
    c. Pensions, annuities or life insurance payments       ☐ Yes   ☐ No
    d. Disability or workers compensation payments          ☐ Yes   ☐ No
    e. Gifts or inheritances                                ☐ Yes   ☐ No
    f. Any other sources                                    ☐ Yes   ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff

v.

_____
Defendant

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ]   Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ]   Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ]   Your COMPLAINT **must** bear your original signature.

[ ]   Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ]   You **must** file a Motion for Leave to File because: _____
_____

[ ]   OTHER: _____
_____
_____

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

**HOGAN, C.J. TFH**

_____          _____
Date                                                          Chief Judge Thomas F. Hogan

n:\Forms\Pro Se Return Doc. Letter

# UNITED STATES DISTRICT COURT

District of  COLUMBIA

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____  Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment        ☐ Yes    ☐ No
    b. Rent payments, interest or dividends                  ☐ Yes    ☐ No
    c. Pensions, annuities or life insurance payments       ☐ Yes    ☐ No
    d. Disability or workers compensation payments          ☐ Yes    ☐ No
    e. Gifts or inheritances                                ☐ Yes    ☐ No
    f. Any other sources                                    ☐ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

**Postage:** $00.58 — PITNEY BOWES — OCT 03 2007 — MAILED FROM ZIP CODE 20001 — 02 1A 0004634648

**Received Mail Room** OCT 1 2 2007 — Nancy Mayer Whittington, Clerk, US District Court, District of Columbia

Return To Writer

REASON CHECKED:
- Unknown
- Moved Left no address
- Unauthorized by Odom Pris...
- Do not remail in this envelope

Inmate not found

**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

HAROLD BREWINGTON
R 40278-060
485 Odom Prison Road