## Other Events

1:07-cv-01255-EGS BREWINGTON v. FEDERAL BUREAU OF PRISONS
PROSE-PR, TYPE-I

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/11/2007 at 10:39 AM and filed on 10/11/2007
**Case Name:**     BREWINGTON v. FEDERAL BUREAU OF PRISONS
**Case Number:**   1:07-cv-1255
**Filer:**
**Document Number:** 3

**Docket Text:**
Mail (Notifying Plaintiff that case has been received by this Court from the Eastern District of Virginia) Returned as Undeliverable. Mail sent to Herman Brewington (clv, )

**1:07-cv-1255 Notice has been electronically mailed to:**

**1:07-cv-1255 Notice will be delivered by other means to::**

HAROLD BREWINGTON
R 40278-060
485 Odom Prison Road
Jackson, NC 27845

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:** O:\Scan Repository\Votteler\07-1255.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/11/2007] [FileNumber=15774
0
]
[8b53e88c38f5ebb086b3882e7e36910bb791d6d71894092cf15420151d624d0e
d6249f61d290decdc2eafc407d5fa6bb3d1eb8ce0109741c844d974ff327f]]

**CLERK'S OFFICE**
**ED STATES DISTRICT COURT**
**HE DISTRICT OF COLUMBIA**
    **U.S. COURTHOUSE**
**CONSTITUTION AVENUE, N.W.**
**ASHINGTON, DC 20001**

**OFFICIAL BUSINESS**





Received
Mail Room

JUL 23 200

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_HERMAN BREWINGTON_

v.                                    Civil Action No.  07 1255

_BUREAU OF PRISONS_                                    JUL 12 2007

The above entitled action, transferred from the U.S. District Court for the _EASTERN DISTRICT OF VIRGINIA_, has been received and filed. It was assigned to Judge _SULLIVAN, J. EGS_. Any subsequent pleadings filed must contain both our civil action number and the initials of the judge assigned this action.

To assist the Clerk's Office in properly recording all counsel of record and to ensure that each counsel entered is authorized to practice before this Court pursuant to Local Civil Rule 83.8, counsel for all parties must enter their appearance in accordance with our Local Civil Rule 83.6. Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc:   _Bureau of Prisons_

*Denotes attorney not a member of the bar of the U.S. District Court for the District of Columbia

